November 13, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

ALI KAFI FORD, Appellant

NO. 14-14-00728-CV                    V.

EDGAR A. HULIPAS, ET AL, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 6, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ali Kafi Ford.

We further order this decision certified below for observance.